— **EXHIBIT 1** —

The investigation into this matter is ongoing, and this notice will be supplemented with any new significant facts learned subsequent to its submission. By providing this notice, KemperSports does not waive any rights or defenses regarding the applicability of Washington law, the applicability of the Washington data event notification statute, or personal jurisdiction.

### Nature of the Data Event

On April 1, 2024, KemperSports became aware of suspicious activity on its computer network. KemperSports immediately launched an investigation to determine the nature and scope of the incident. Through its investigation, KemperSports determined that on April 1, 2024, it was a victim of a cyber-attack, and a threat actor had access to certain systems that stored protected personal information. KemperSports conducted a thorough review of the systems and files to confirm what information was stored therein, and to whom the information related for purposes of providing notice. Although KemperSports has no evidence of any identity theft or fraud in connection with this incident, KemperSports is notifying those individuals whose information was impacted.

The information that could have been subject to unauthorized access includes name, Social Security number, driver's license number, date of birth, financial account information, medical information, health information, passport number, and electronic signature.

### Notice to Washington Residents

On or about September 9, 2024, KemperSports provided written notice of this incident to one thousand nine hundred twenty-nine (1,929) Washington residents. Written notice is being provided in substantially the same form as the letter attached here as *Exhibit A*.

### Other Steps Taken and To Be Taken

Upon discovering the event, KemperSports moved quickly to investigate and respond to the incident, assess the security of KemperSports systems, and identify affected individuals. Further, KemperSports notified federal law enforcement regarding the event. KemperSports is also working to implement additional safeguards and training to its employees. KemperSports is providing access to credit monitoring services for twelve (12) months, through TransUnion, to individuals whose personal information was affected by this incident, at no cost to these individuals.

Additionally, KemperSports is providing impacted individuals with guidance on how to better protect against identity theft and fraud, including advising individuals to report any suspected incidents of identity theft or fraud to their credit card company and/or bank. KemperSports is providing individuals with information on how to place a fraud alert and security freeze on one's credit file, the contact details for the national consumer reporting agencies, information on how to obtain a free credit report, a reminder to remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring free credit reports, and encouragement to contact the Federal Trade Commission, their state Attorney General, and law enforcement to report attempted or actual identity theft and fraud.

KemperSports is providing written notice of this incident to other relevant state regulators, as necessary, and to the three major credit reporting agencies, Equifax, Experian, and TransUnion.

# EXHIBIT A

Kemper Sports Management, LLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998



P
█████████████



September 9, 2024

**NOTICE OF SECURITY INCIDENT**

Dear ████████████:

Kemper Sports Management, LLC ("KemperSports") is writing to notify you of an incident that may impact some of your personal information. We take the protection of your personal information very seriously, that is why, along with this notice of the incident, we are also providing the steps we have taken in response, and are offering resources to help you better protect your information, should you feel it is appropriate to do so.

**What Happened?** On April 1, 2024, KemperSports became aware of suspicious activity affecting systems within our network. We immediately responded and launched an investigation to confirm the nature and scope of the incident and restore impacted computer systems to operability. Through the investigation, we learned that an unauthorized user accessed certain data on April 1, 2024. We conducted a thorough review of the data that was accessed to determine whether it contained sensitive information. Our review determined that personal information primarily related to certain current and former employees was impacted by this event, and your information may have been among the viewed or accessed systems.

**What Information Was Involved?** The information that was present in the viewed or accessed files could include your name and Social Security number. At this time, we have no indication that your information was misused or used to commit identity theft or fraud as a result of this incident. We are providing this notice out of an abundance of caution as your information was potentially accessed in the system at the time of the incident.

**What Are We Doing?** The confidentiality, privacy, and security of personal information is among KemperSports' highest priorities, and we have security measures in place to protect information in our care. Upon discovery, we launched an investigation to confirm the nature and scope of this incident. This investigation and response included confirming the security of our systems, reviewing the contents of relevant data for sensitive information, and notifying potentially impacted individuals. While we have measures in place to protect information in our care, as part of our ongoing commitment to the privacy of information, we continue to review our policies, procedures and processes related to the storage and access of personal information to reduce the likelihood of a similar future event. We will also notify applicable regulatory authorities where necessary.

As an added precaution, we are providing you with twelve (12) months of complimentary access to credit monitoring and identity restoration services through Cyberscout, a TransUnion company, at no cost to you. Should you wish to receive these services, you will need to enroll yourself as we are not able to do so on your behalf. You may find instructions on how to enroll in these services in the enclosed *Steps You Can Take to Help Protect Your Personal Information*.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors over the next 12 to 24 months. You can find out more about how to safeguard your information in the enclosed *Steps You Can Take to Help Protect Your Personal Information*. There, you will find additional information about the complimentary credit monitoring and identity restoration services we are offering and how to enroll.



**For More Information.** We understand you may have additional questions about this incident. To ensure your questions are answered in a timely manner, please call our dedicated assistance line at 1-833-448-2565, Monday through Friday from 8:00 am to 8:00 pm Eastern time, excluding U.S. holidays. Also, you can write to us at 500 Skokie Blvd, Suite 444, Northbrook, IL 60062.

We sincerely regret any inconvenience or concern this incident may cause you.

Sincerely,

Kemper Sports Management, LLC

**STEPS YOU CAN TAKE TO HELP PROTECT YOUR PERSONAL INFORMATION**

**Enroll in Monitoring Services**

In response to the incident, we are providing you with access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in the event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services. 

To enroll in Credit Monitoring services at no charge, please log on to **www.mytrueidentity.com** and follow the instructions provided. When prompted please provide the following unique code to receive services: ███████████.

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. Consumers may also directly contact the three major credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should consumers wish to place a fraud alert, please contact any of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in a consumer's name without consent. However, consumers should be aware that using a credit freeze to take control over who gets access to the personal and financial information in their credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report. To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

Should consumers wish to place a credit freeze or fraud alert, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-800-916-8800 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. Consumers can obtain further information on how to file such a complaint by way of the contact information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state Attorney General. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, D.C. 20001; (202) 442-9828; and oag.dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-576-6300 or 1-888-743-0023; and https://www.marylandattorneygeneral.gov/.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents,* the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and 1-401-274-4400. Under Rhode Island law, individuals have the right to obtain any police report filed in regard to this event. There are approximately 25 Rhode Island residents that may be impacted by this event.